S. LANE TUCKER
United States Attorney

AMY E. MILLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: amy.miller@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID OBERHOLTZER and STEPHANIE SALA,<br><br>Defendants. | No. 3:23-cr-00112-JMK-MMS<br><br>COUNT 1:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 2:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about March 7, 2023, within the District of Alaska, the defendants DAVID OBERHOLTZER, and STEPHANIE SALA did knowingly and intentionally distribute

methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 2

On or about March 7, 2023, within the District of Alaska, the defendant DAVID OBERHOLTZER did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 21 U.S.C. § 841 set forth in Counts 1 and 2 of this Indictment, the defendants DAVID OBERHOLTZER, and STEPHANIE SALA, shall forfeit to the United States any property constituting and derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

- $1,170.00 in U.S. currency paid to David Oberholtzer on March 7, 2023; and
- $60.00 in U.S. currency paid to Stephanie Sala on March 7, 2023.

If, as a result of any act or omission of defendants, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction

of this court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States to seek forfeiture of other property of defendants pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Amy E. Miller
AMY E. MILLER
Assistant U.S. Attorney
United States of America

s/ James Klugman for
S. LANE TUCKER
United States Attorney
United States of America

DATE: November 15, 2023